UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>BOEHRINGER INGELHEIM FREMONT, INC., et al.,<br><br>        Defendants. | Case No. 25-cv-05491-EMC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to *Waziri v. Boehringer Ingelheim Fremont, Inc.*, No. 3:25-cv-04166-TLT.

**IT IS SO ORDERED.**

Dated: August 25, 2025



_____
EDWARD M. CHEN
United States District Judge